GARY M. RESTAINO
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

**FILED**

2024 AUG -7 PM 2: 09

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR24-05052 TUC-JGZ(BGM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 554(a) (Attempted Smuggling of Goods from the United States) Count 1 |
| Mario Alexis Montano, | 18 U.S.C. § 924(k)(2)(B) (Conspiracy to Smuggle Ammunition Out of the United States) Count 2 |
| Defendant. | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about July 10, 2024, in the District of Arizona, near Douglas, the defendant, MARIO ALEXIS MONTANO, did fraudulently, knowingly, and intentionally attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulations of the United States, and received, concealed, bought and in any manner facilitated the transportation, and concealment of such merchandise, article or object, that is: 7,560 rounds of 5.56 NATO ammunition, knowing the same to be intended for exportation, contrary to any law or regulation of the United States, to wit: Title 50, United

States Code, Section 4819, Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

All in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about and between a date unknown and July 10, 2024, in the District of Arizona and elsewhere, the defendant, MARIO ALEXIS MONTANO and others did knowingly conspire to smuggle or take out of the United States ammunition, that is: 7,560 rounds of 5.56 NATO ammunition, with intent to engage in or to promote conduct that constitutes a felony, to wit: Title 18, United States Code, Sections 554(a), Smuggling of Goods from the United States.

All in violation of Title 18, United States Code, Section 924(k)(2)(B).

## FORFEITURE ALLEGATION

Upon conviction of the Indictment, the defendant, MARIO ALEXIS MONTANO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: 7,560 rounds of 5.56 NATO ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to,

///

///

///

*United States of America v. Mario Alexis Montano*
*Indictment Page 2 of 3*

all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: August 7, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
MONICA E. RYAN
Assistant U.S. Attorney

*United States of America v. Mario Alexis Montano*
*Indictment Page 3 of 3*